■ In the Matter of Shoppingtown Mall, LLC, Appellant, v Assessor, Board of Assessors and Board of Assessment Review of Town of DeWitt, et al., Respondents, and Jamesville DeWitt Central School District, Intervenor-Respondent. [53 NYS3d 842]—Appeal from an order of the Supreme Court,

Onondaga County (Donald A. Greenwood, J.), entered December 4, 2015 in a proceeding pursuant to RPTL article 7 (2015 NY Slip Op 52032[U]). The order granted the motion of intervenor and the cross motion of respondents for summary judgment dismissing the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (*see generally Matter of ELT Harriman, LLC v Assessor of Town of Woodbury*, 128 AD3d 201, 207-211 [2015], *lv denied* 26 NY3d 918 [2016]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.